IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**FILED**
TIME_____
OCT 20 2009
JAMES BONINI, Clerk
COLUMBUS, OHIO

LAWRENCE REYNOLDS,

    Plaintiffs,

vs.

TED STRICKLAND, GOVERNOR, et al.,

    Defendants.

Case No. 2:08 cv 442

JUDGE FROST
MAGISTRATE JUDGE ABEL

**This is a death penalty case.**

## AGREED PROTECTIVE ORDER

This matter comes before the Court on the Parties agreement to adopt a protective order restricting the dissemination of certain information formally or informally disclosed by Defendants to Plaintiff's counsel in this action. Specifically, the Parties agree that Plaintiffs counsel in this action shall be bound by the terms of the protective order this Court issued on October 8, 2008, in *Cooey et al. v. Strickland, et al.*, Case No. 2:04-cv-1156, United States District Court for the Southern District of Ohio, Doc. # 413, which order is attached hereto and made part of this Order.

The Parties further agree that the protective order issued in this case also applies to any information Defendants disclosed to Plaintiff Reynolds' counsel Meyers in *Cooey v. Strickland*, which litigation, like the instance case, addresses matters related to Defendants' lethal-injection execution protocol, and in which litigation attorney Meyers is counsel of record for several plaintiffs.

This Court being fully advised of the matter hereby APPROVES this agreement with respect to the protective order described herein and ORDERS that Plaintiff Reynolds' counsel shall be bound by the terms of the protective order.

_____
GREGORY L. FROST
UNITED STATES DISTRICT COURT JUDGE

AGREED TO BY:

| OFFICE OF THE OHIO PUBLIC DEFENDER | OHIO ATTORNEY GENERAL |
|---|---|
| /s/ Gregory W. Meyers<br>GREGORY W. MEYERS (0014887)<br>Senior Assistant Public Defender<br>Trial Counsel<br>meyersg@opd.state.oh.us | /s/ Charles L. Wille<br>CHARLES L. WILLIE (0056444)<br>Trial Counsel<br>Assistant Attorney General<br>charles.wille@ohioattorneygeneral.gov |
| /s/ Kimberly S. Rigby<br>KIMBERLY S. RIGBY (0078245)<br>Assistant Public Defender<br>rigbyk@opd.state.oh.us | 150 E. Gay St., 16th Floor<br>Columbus, Ohio 43215<br>Phone: (614) 728-7055<br>Fax: (614) 728-8600 |
| 250 E. Broad St., Suite 1400<br>Columbus, Ohio 43215<br>Phone: (614) 466-5394<br>Fax: (614) 644-0708 | |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANTS |